_____  
Mary A. Schott
Clerk of Court

Entered on Docket
May 12, 2021
_____

NVB 3011−1 (12/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−13−13361−mkn <br> CHAPTER 7 |
| LEONARDO PEREZ−CARAN | |
| ROSA E DE LOS SANTOS DE PENA | ORDER GRANTING <br> APPLICATION TO |
| Debtor(s) | DEPOSIT UNCLAIMED FUNDS |

On 5/11/2021, the Trustee filed an Application to Deposit Unclaimed Funds in the above−captioned case. It is hereby ORDERED that the Application is GRANTED.

###